| STATE OF INDIANA ) | IN THE ALLEN SUPERIOR COURT |
|---|---|
| ) SS: | |
| COUNTY OF ALLEN ) | CAUSE NO. |

ANN M. FLETCHER,  )
                  )           02D01- 12 01 - CT - 4 6
        Plaintiff, )
                  )
v.                )
                  )
NATIONAL MENTOR HEALTHCARE, )
LLC, d/b/a INDIANA MENTOR,  )
                  )
        Defendant. )

## COMPLAINT

COMES NOW Plaintiff, by counsel, and alleges against Defendant that:

1. Plaintiff is Ann M. Fletcher, an individual who resides in Fort Wayne, Indiana and who, for approximately six (6) years prior to her discharge on February 16, 2011, worked for Defendant National Mentor Healthcare, LLC, d/b/a Indiana Mentor.

2. Defendant National Mentor Healthcare, LLC, d/b/a Indiana Mentor is a limited liability company authorized to do business in the state of Indiana and does so at several locations throughout the state, including 6008 Brandy Chase, Fort Wayne, Indiana 46815. National Mentor Healthcare, LLC is headquartered at 313 Congress Street, Boston, Massachusetts 02210. Its resident agent is CT Corporation System which is located at 251 East Ohio Street, Suite 1100, Indianapolis, Indiana 46204.

3. Defendant National Mentor Healthcare, LLC, d/b/a ("Indiana Mentor") is an "employer" for the purposes of the Americans with Disabilities Act, 42 U.S.C. § 12111 *et seq.* ("ADA") and employs 100 or more employees throughout each week

of the current and preceding calendar years. Plaintiff filed a Charge of Discrimination on or about May 3, 2011, Charge No. 470-2011-02082, a copy of which is attached hereto, made a part hereof, and incorporated herein as Exhibit "A". The EEOC issued a Dismissal and Notice of Rights/Notice of Suit Rights on or about October 31, 2011 (Exhibit "B"), and this Complaint has been filed within ninety (90) days after receipt thereof.

4. Plaintiff alleges that she was discriminated against and discharged on account of her disability in violation of the ADA for the reasons set forth in her attached Charge of Discrimination, Exhibit "A", and because:

   a. The Plaintiff worked for Defendant as a support professional and she was disabled and/or perceived as disabled because she was morbidly obese, suffered from asthma, had a thyroid condition for which she took medicine, she experienced false tumors, back surgeries, and an accumulation of fluid/pressure to her eyes – but she could, either with or without reasonable accommodations, perform all of the essential functions of her job.

   b. Plaintiff never had any job performance issues with Defendant in the six (6) years that she worked for them. However, when it came time to get recertified in CPR, the new director would not certify Plaintiff because of her weight.

   c. Plaintiff went to another training facility and got certified in CPR the very same day and went back to the new director who still did not approve and terminated the Plaintiff.

    d. The new director replaced the Plaintiff with a younger, thinner, non-disabled individual by the name of Simone Walker, who was only 24 years old.

5. The actions of the Defendant in discriminating against the Plaintiff and terminating her because of her disabilities/perceived disabilities was intentional and in reckless disregard of Plaintiff's federally protected civil rights under the ADA.

6. As a direct and proximate result of the discriminatory termination, Plaintiff lost her job and job related benefits including income. Plaintiff experienced, and still experiences, mental anguish, emotional distress, anxiety, inconvenience, and other similar damages and injuries caused by the termination.

WHEREFORE, Plaintiff prays for judgment against the Defendant for compensatory damages, punitive damages, reasonable attorney's fees and costs, and all other just and proper relief in the premises.

## JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

CHRISTOPHER C. MYERS & ASSOCIATES

Christopher C. Myers, #10043-02

Ilene M. Smith, #22818-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802-2307
Telephone: (260) 424-0600
Facsimile: (260) 424-0712
E-mail: cmyers@myers-law.com
ismith@myers-law.com
Attorneys for Plaintiff

CCM/mms
S:\Fletcher, Ann\Pleadings\Complaint 1-20-12.docx

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>■ EEOC | 470-2011-02082 |

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.)<br>Ms. Ann Fletcher | HOME TELEPHONE (Include Area Code)<br>260-610-6028 | |
|---|---|---|
| STREET ADDRESS<br>7803 Cold Springs Blvd., #C | CITY, STATE AND ZIP CODE<br>Fort Wayne, IN 46825 | DATE OF BIRTH |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME<br>National Mentor Healthcare, LLC, d/b/a Indiana Mentor | NUMBER OF EMPLOYEES, MEMBERS<br>100+ | TELEPHONE (Include Area Code) |
|---|---|---|
| STREET ADDRESS<br>6008 Brandy Chase | CITY, STATE AND ZIP CODE<br>Fort Wayne, IN 46815 | COUNTY<br>Allen |
| NAME | TELEPHONE NUMBER | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

EEOC Indianapolis District Office
MAY - 3 2011
RECEIVED

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ AGE<br>☐ RETALIATION ☐ NATIONAL ORIGIN ■ DISABILITY ☐ OTHER (specify) | EARLIEST: spring 2010  LATEST: 2-16-11<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. The Complainant is Ann Fletcher, a qualified employee with a serious health condition constituting a disability/perceived disability/record of impairment. Complainant contends that the Defendant discriminated against and terminated her on the basis of her disability/perceived disability/record of impairment, in violation of her federally protected rights under the Americans with Disabilities Act, 42 U.S.C. § 12111 et seq. ("ADA").

II. The Respondent is National Mentor, LLC, d/b/a Indiana Mentor, a company doing business at 6008 Brandy Chase, Fort Wayne, Indiana 46815. Respondent is an "employer" for the purposes of the ADA.

III. The Complainant was employed by the Respondent for approximately six (6) years, until her wrongful termination on or about February 16, 2011. Throughout her employment she performed within the Respondent's reasonable expectations, and had no performance issues. During her employment, she suffered from multiple serious health conditions, and utilized a handicapped parking tag in her vehicle. Nevertheless, the Complainant's serious health condition did not prevent her from attending and completing the essential functions of her job. Complainant was a support professional at the time of her wrongful termination.

"continued"

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)
Susan C. Nell
Resident of Adams County  My Commission Expires: 4/7/2016

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 5-3-11   Charging Party (Signature)

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Date, month, and year) 3rd of May, 2011

EEOC FORM 5 (Rev. 3/01)

Ex. A

Charge of Discrimination

Re: Ann Fletcher

Page 2

IV. As part of her job, the Plaintiff was required to maintain certification in cardiopulmonary resuscitation ("CPR"). In early 2011, the Plaintiff attended training through the Respondent, for CPR re-certification. The Respondent's new director, Cindy Sands, refused to re-certify the Complainant because of the Complainant's serious health conditions.

V. Later the same day, the Complainant got her CPR certification from Scott Nebbies (believed to be employed by the Red Cross) and Patricia Smith, LPN out of Lutheran Hospital. Complainant then went back to Cindy Sands with her re-certification.

VI. Cindy told Complainant she still wasn't going to approve Complainant for further work, and fired the Complainant, even though Complainant had gotten the necessary certification from two (2) other qualified trainers.

VII. During the termination conversation between Cindy Sands and Complainant, Cindy said: "I used to be like you, and then I joined the YMCA" and "you only go to the YMCA 2-3 times per week, I would make it 5-6". Cindy also said, "I bet you have sleep apnea" and "did you get your sleep apnea checked out?". Following the Complainant's termination, the Respondent replaced the Complainant with an individual that lack a disability/perceived disability/record of impairment.

VII. The Complainant alleges that the proffered reason for termination was false and pretextual, and that in reality she was terminated on the basis of her disability/perceived disability/record of impairment, in violation of the Complainant's federally protected rights under the ADA.

VIII. The Respondent's discriminatory conduct was the direct and proximate cause of the Complainant suffering the loss of her job and job related benefits including income, and also subjected the Complainant to inconvenience, mental anguish, emotional distress, and other damages and injuries.

IX. The Respondent's discriminatory conduct was intentional, knowing, willful, wanton, and in reckless disregard of the Complainant's federally protected rights under the ADA.

Initials

EEOC Indianapolis District Office
MAY - 3 2011
RECEIVED

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Ann Fletcher<br>7603 Cold Springs Boulevard, #C<br>Fort Wayne, IN 46825 | From: | Indianapolis District Office<br>101 West Ohio St<br>Suite 1900<br>Indianapolis, IN 46204 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 470-2011-02082 | Michelle D. Ware,<br>Enforcement Supervisor | (317) 226-5161 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

[signature] OCT 3 1 2011

Webster N. Smith,
District Director

(Date Mailed)

Enclosures(s)

cc:
NATIONAL MENTOR HEALTHCARE LLC
d/b/a Indiana Mentor
c/o Brian L. Mosby
Littler Mendelson, P.C.
111 Monument Circle
Suite 702
Indianapolis, IN 46204

Christopher C. Myers, Esq.
Christopher C. Myers & Associates
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802


Ex "B"