IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ANN M. FLETCHER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL MENTOR HEALTHCARE, LLC d/b/a INDIANA MENTOR,<br><br>　　　　　Defendant. | Cause No. 1:12-cv-78-RL-RBC |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Ann M. Fletcher, and Defendant, National MENTOR Healthcare, LLC d/b/a Indiana MENTOR, having settled all counts and claims in the above-captioned cause of action and hereby stipulate and agree to dismissal of said cause of action, with prejudice. The parties will bear their own costs.

Respectfully submitted,

| | |
|---|---|
| / s / Christopher C. Myers (w/permission)<br>Christopher C. Myers<br>Ilene M. Smith<br>CHRISTOPHER C. MYERS & ASSOCIATES<br>809 South Calhoun Street, Suite 400<br>Fort Wayne, IN 46802<br>Telephone: 260.424.0600<br>Facsimile: 260.424.0712<br>E-mail: cmyers@myers-law.com<br>　　　　ismith@myers-law.com<br><br>*Attorneys for Plaintiff, Deborah Stein* | / s / Brian L. Mosby<br>Jane Ann Himsel<br>Brian L. Mosby<br>LITTLER MENDELSON, P.C.<br>Chase Tower/Circle Building<br>111 Monument Circle, Suite 702<br>Indianapolis, IN 46204<br>Telephone: 317.287.3600<br>Facsimile: 317.636.0712<br>E-mail: jhimsel@littler.com<br>　　　　bmosby@littler.com<br><br>*Attorneys for Defendant National MENTOR Healthcare, LLC d/b/a Indiana MENTOR* |

Firmwide:110866198.1 053437.1059